**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00430-CV

**REHEMA OLUFEMI-JONES AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**VAN LE AND MAI NGO, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06801-B**

## ORDER

In an order dated August 13, 2014, we granted appellants' motion for an extension of time to file the reporter's record and a brief to the extent that we instructed appellants to file proof of payment for the reporter's record within five days. Before the Court is the August 18, 2014 motion of Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, requesting an extension of time to file the reporter's record. In her motion, Lanetta Williams informs the Court that appellants have paid for the record. Accordingly, we **GRANT** the motion. The reporter's record shall be filed **on or before SEPTEMBER 18, 2014**. Appellants' brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE